UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

CHARLES H. BISHOP,                        )
                                          )
              Plaintiff,                  )
                                          )
         v.                               )          No. 1:11-CV-11-SNLJ
                                          )
LARRY CRAWFORD, et al.,                   )
                                          )
              Defendants.                 )

## MEMORANDUM AND ORDER

        This matter is before the Court upon the application of
Charles H. Bishop (registration no. 505063) for leave to commence
this action without payment of the required filing fee [Doc. #4].

### 28 U.S.C. § 1915(b)(1)

        Pursuant to 28 U.S.C. § 1915(b)(1), a prisoner bringing
a civil action in forma pauperis is required to pay the full amount
of the filing fee.  If the prisoner has insufficient funds in his
prison account to pay the entire fee, the Court must assess and,
when funds exist, collect an initial partial filing fee of 20
percent of the greater of (1) the average monthly deposits in the
prisoner's account; or (2) the average monthly balance in the
prisoner's account for the prior six-month period.  See 28 U.S.C.
§ 1915(b)(1).  After payment of the initial partial filing fee, the
prisoner is required to make monthly payments of 20 percent of the
preceding month's income credited to the prisoner's account.  See
28 U.S.C. § 1915(b)(2).  The agency having custody of the prisoner

will forward these monthly payments to the Clerk of Court each time the amount in the prisoner's account exceeds $10, until the filing fee is fully paid.  Id.

Plaintiff has submitted an affidavit and a certified copy of his prison account statement for the six-month period immediately preceding the submission of his complaint.  See 28 U.S.C. § 1915(a)(1),(2).  A review of plaintiff's account statement indicates an average monthly deposit of $88.33 and an average monthly account balance of $3.51.  Plaintiff has insufficient funds to pay the entire filing fee.  Accordingly, the Court will assess an initial partial filing fee of $17.67 which is 20 percent of plaintiff's average monthly deposit.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #4] is **GRANTED.**

**IT IS FURTHER ORDERED** that plaintiff shall pay an initial partial filing fee of $17.67 within thirty (30) days from the date of this order.  Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for an original proceeding.

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the initial partial filing fee within thirty (30) days, without first showing good cause, the Court will dismiss this action without

prejudice.

**IT IS FURTHER ORDERED** that, pursuant to the Court's differentiated case management system, this case is assigned to Track 5B (standard prisoner actions).

Dated this 25th day of February, 2011.

_____
**UNITED STATES DISTRICT JUDGE**