UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| **CHARLES H. BISHOP,** | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:11-CV-11-SNLJ |
| **LARRY CRAWFORD,** *et al.*, | ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's Motion for an Order Compelling Surrender of the Personnel Files of Defendants Aters and Vinson, filed August 11, 2011 (#28). Plaintiff seeks the personnel files of these defendants from their former employer, defendant Corizon, Inc., f/k/a Correctional Medical Services, Inc., because plaintiff seeks addresses for those defendants in order to perfect service of process.  Counsel for Corizon waived service for another Corizon employee, and Corizon states in its response that it has diligently searched for defendants Vinson and Aters in an effort to seek their permission to waive service.  Counsel for Corizon states that it has been unsuccessful in reaching either defendant despite using both address and phone information contained in the personnel records.  Corizon opposes plaintiff's motion because providing plaintiff with the records would violate the defendants' privacy and would not assist plaintiff in serving the defendants.  Indeed, plaintiff's request for personnel records are over broad.

Although the Court appreciates counsel's diligent efforts to locate Corizon's former employees, the Court will order defendant Corizon to file, under seal, the last known address for both defendants Aters and Vinson.  As for defendant Vinson, this Court recently took judicial

notice of defendant Vinson's address on record with the Circuit Court of Mississippi County, Missouri, because Vinson was then a criminal defendant before that Court, and the United States Marshals Service was able to serve defendant Vinson using that address. *See Irving v. Crawford*, No. 1:9cv161 SNLJ (Docket Nos. 146, 147). Counsel for Corizon entered an appearance for defendant Vinson in that matter. *Id.* at Docket No. 156. Because that matter is in active litigation with respect to defendant Vinson, this Court presumes that counsel and/or its client have current physical address information for her.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion to Compel (#28) is **DENIED in part** and **GRANTED in part**.

**IT IS FURTHER ORDERED** that defendant Corizon, Inc. shall file, under seal, the last known addresses for defendants Marsha Aters and Debbie Vinson by no later than December 14, 2011, and, upon defendant's filing that information, the Clerk shall issue process upon those defendants using the address provided by Corizon.

Dated this  30th  day of November, 2011.

_____
UNITED STATES DISTRICT JUDGE

.